```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                         Case No. 16-01456-RNO
Linda L Bostion                                                Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1           User: AGarner              Page 1 of 1              Date Rcvd: Mar 01, 2017
                               Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 03, 2017.
4830433        +Met Ed,   FirstEnergy,   331 Newman Springs Road, Bldg 3,   Red Bank, NJ 07701-5688

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2017                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 1, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor   U.S. Bank National Association et al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Stephen Wade Parker    on behalf of Debtor Linda L Bostion Mooneybkecf@gmail.com,
               wade@swparkerlaw.com
              Thomas I Puleo    on behalf of Creditor   U.S. Bank National Association et al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| LINDA L. BOSTION | : | CASE NO.: 1-16-bk-01456-RNO |
|     Debtor | : | |
| | : | |
| CHARLES J. DEHART, III, TRUSTE | : | |
|     Objectant | : | |
| | : | |
| vs. | : | |
| | : | |
| MET ED | : | |
|     Claimant | : | |

## ORDER

AND NOW, upon consideration of the Trustee's Objection to Claim No. 3 of Met Ed, after hearing held March 1, 2017, no response having been filed, it is

ORDERED that the Trustee's Objection is SUSTAINED and Claim No. 3 of Met Ed shall be deemed untimely filed.

By the Court,

_Robert N. Opel, II_
Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: March 1, 2017