```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
```

In re:                                                          Case No. 16-01456-HWV
Linda L Bostion                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1           User: JGoodling           Page 1 of 1           Date Rcvd: Aug 23, 2019
                               Form ID: pdf010           Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2019.
```
db              +Linda L Bostion,    206 York Street,    Hanover, PA 17331-3227
4818565          American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 5008,
                   Carol Stream, IL  60197-5008
4773927         +Central Cred,    100 N Third St,    Sunbury, PA 17801-2367
4773929         +Chase Mtg,    Po Box 24696,    Columbus, OH 43224-0696
4773930         +Commercial Acceptance,    2300 Gettysburg Rd,    Camp Hill, PA 17011-7303
4930967         +JPMorgan Chase Bank, National Association,    c/o Chase Records Center,
                   Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
4773932         +Lease Rental,    45 Haverhill St,    Andover, MA 01810-1499
4830433        ++MET ED FIRST ENERGY,    101 CRAWFORD CORNER RD,    BLDG 1 SUITE 1-511,    HOLMDEL NJ 07733-1976
                 (address filed with court: Met Ed,    FirstEnergy,    331 Newman Springs Road, Bldg 3,
                   Red Bank, NJ 07701)
4773933         +Midwst Rcvry,    2747 W Clay Street Suite A,    Saint Charles, MO 63301-2557
4959323         +U.S. Bank National Association, as Trus,    Serviced by Select Portfolio Servicing,,
                   3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
4959324         +U.S. Bank National Association, as Trus,    Serviced by Select Portfolio Servicing,,
                   3217 S. Decker Lake Dr.,    Salt Lake City, UT 84115,    U.S. Bank National Association, as Trus,
                   84119-3284
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4773931          E-mail/Text: cio.bncmail@irs.gov Aug 23 2019 19:05:46      Internal Revenue Service,
                   P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               JP Morgan Chase Bank,N.A.
4773928*        +Central Cred,    100 N Third St,    Sunbury, PA 17801-2367
cr             ##+SELECT PORTFOLIO SERVICING, INC.,    3815 South West Temple,    Salt Lake City, UT 84115-4412
                                                                                             TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2019                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Joshua I Goldman     on behalf of Creditor    U.S. Bank National Association et al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Matthew Christian Waldt     on behalf of Creditor    U.S. Bank National Association, as Trustee for
               the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-2
               mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              Stephen Wade Parker     on behalf of Debtor 1 Linda L Bostion Mooneybkecf@gmail.com,
               R61895@notify.bestcase.com
              Thomas I Puleo     on behalf of Creditor    U.S. Bank National Association et al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| LINDA L BOSTION | Chapter: 13 |
| Debtor 1 | Case No.: 1:16-bk-01456-HWV |
| CHARLES J. DEHART, III (TRUSTEE), vs.    Movant(s) | |
| LINDA L BOSTION, | |
| Respondent(s) | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Dated: August 23, 2019

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (JH)