Voucher manifest below. Please save the following pages for your records.  Check No. 1208368

Pay to: CLERK  CLERK  U.S. BANKRUPTCY COURT

***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM. *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 16-01456-HWV | 999-0 | LINDA L BOSTION {DECEASED}<br>Original Check written to:<br>LINDA L BOSTION {DECEASED}<br>206 YORK STREET<br>HANOVER, PA 17331 | | 0.00 | 4,044.88 | 0.00 | 4,044.88 |
| 17-02459-HWV | 999-0 | SCOTT D. STAMBAUGH<br>Original Check written to:<br>SCOTT D. STAMBAUGH<br>221 ENOLA STREET<br>ENOLA, PA 17025- | | 0.00 | 78.12 | 0.00 | 78.12 |